■ S. SIDNEY MANDEL, Appellant, v CLIFFORD H. RICH et al., Doing Business as NEWMAN, RICH, KRINSLY, POSES AND KATZ, Respondents. — Order, Supreme Court, New York County, entered on April 8, 1980, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Appeal from order of said court entered on November 2, 1979, dismissed as subsumed by the order of April 8, 1980, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sandler, Ross, Lupiano and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN FLORES, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered on November 30, 1979, unanimously affirmed, an appeal from judgment of said court rendered on June 21, 1978 dismissed since by reason of resentence said judgment was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Kupferman, J. P., Birns, Sullivan, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO RODRIGUEZ, Appellant. — Judgment, Supreme Court, Bronx County, rendered on January 3, 1979, unanimously affirmed. Application by appellant for permission to submit defendant's Exhibit B for identification granted and said exhibit was considered in the determination of this appeal. No opinion. Concur — Kupferman, J. P., Birns, Sullivan, Markewich and Silverman, JJ.

■ EVANGELOS A. KARAYANIDES, Appellant, v CATHERINE KARAYANIDES, Respondent. — Order, Supreme Court, New York County, entered on February 28, 1980, unanimously reversed, on the law, on the facts and in the exercise of discretion, without costs and without disbursements, so as to vacate the award of counsel fee. No need has been shown for the award of a counsel fee. No opinion. Concur — Kupferman, J. P., Birns, Sullivan, Markewich and Silverman, JJ.